IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00108-PSF-OES

CENTER FOR BIOLOGICAL DIVERSITY,
BIODIVERSITY CONSERVATION ALLIANCE,
PACIFIC RIVERS COUNCIL,
ECOLOGY CENTER and
JACOB SMITH,

    Plaintiffs,

v.

RALPH MORGENWECK, in his official capacity
as Regional Director (Region 6) of the United States Fish and Wildlife Service,
STEVEN WILLIAM, in his official capacity as
Director of the United States Fish and Wildlife Service, and
GALE NORTON, in her official capacity as
Secretary of the Interior,

    Defendants.
_____

## ORDER DENYING MOTION FOR LITIGATION COSTS
_____

On May 26, 2005, upon an unopposed motion, this Court stayed briefing on the litigation costs (attorneys' fees) issue until 60 days after resolution of defendants' appeal to the Tenth Circuit. Based on this Order, the Court hereby DENIES without prejudice Plaintiffs' Motion for Litigation Costs (Dkt. # 65), filed January 14, 2005. Plaintiffs may refile the motion after the Tenth Circuit issues a decision on the appeal.

    DATED: August 24, 2005

                                        BY THE COURT:

                                        s/ Phillip S. Figa
                                        _____
                                        Phillip S. Figa
                                        United States District Judge