IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00108-PSF-OES

CENTER FOR BIOLOGICAL DIVERSITY,
BIODIVERSITY CONSERVATION ALLIANCE,
PACIFIC RIVERS COUNCIL,
ECOLOGY CENTER and
JACOB SMITH,

    Plaintiffs,

v.

RALPH MORGENWECK, in his official capacity as
  Regional Director (Region 6) of the United States Fish and Wildlife Service,
STEVEN WILLIAM, in his official capacity as
  Director of the United States Fish and Wildlife Service, and
GALE NORTON, in her official capacity as
  Secretary of the Interior,

    Defendants.

## ORDER APPROVING STIPULATION SETTLING PLAINTIFFS' CLAIM FOR ATTORNEY FEES AND NON-TAXABLE COSTS

Upon consideration of the parties' Stipulation Settling Plaintiffs' Claim for Attorney Fees and Non-Taxable Costs (Dkt. # 92), and good cause shown, IT IS HEREBY ORDERED:

The parties' Stipulation Settling Plaintiffs' Claim for Attorney Fees and Costs is APPROVED; and

Defendants shall pay plaintiffs $110,000 in attorney fees and non-taxable costs for this litigation, in accordance with the terms in their Stipulation.

DATED: December 2, 2005

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge